IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-247-1D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER MODIFYING |
| ) | CONDITIONS OF PRETRIAL |
| MIGUEL TINAJERO MARTINEZ, ) | DIVERSION AGREEMENT |
| ) | |
| **Defendant.** | |

Miguel Tinajero Martinez was approved for participation in a pretrial diversion program by the Honorable James C. Dever III, Chief U.S. District Judge, on May 21, 2014. The defendant was ordered to participate in the diversion program for a period of 12 months and, as a component of the diversion agreement, complete 100 hours of community service work. In response to changing circumstances, the probation officer and assistant United States attorney recommend that the requirement to complete 100 hours of community service be removed.

The court finds that the removal of the requirement to complete community service work is appropriate. As such, the court ORDERS that the condition outlined in the diversion agreement requiring the defendant to complete 100 hours of community service work be removed. All other conditions of the agreement remain intact.

SO ORDERED. This 13 day of February 2015.

JAMES C. DEVER III
Chief U.S. District Judge