UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00247-D-1

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          ORDER
                                  )
MIGUEL TINAJERO MARTINEZ          )

This cause is before the Court on the Government's Motion to Dismiss the Indictment because the defendant has successfully completed his 12 month term of pretrial diversion.

Therefore, for good cause shown, the Indictment charging this Defendant is hereby dismissed as to this Defendant only.

This **19** day of May, 2015.

                              _____
                              JAMES C. DEVER, III
                              Chief, United States District Judge